Nos. 818, 819, and 820. King v. Alexander, Collector of Internal Revenue; and

No. 821. Ruzek v. Same. April 27, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the

846

Tenth Circuit denied. *Mr. Harry O. Glasser* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, Hayner N. Larson,* and *W. Marvin Smith* for respondent.